IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21CR253 |
| | § | Judge Mazzant |
| KINGSLEY ITA (1) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America, by and through its United States Attorney, would show the Court that the defendant, **Kingsley Ita,** and the Government have entered into an agreement.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

/s/ _____
HEATHER RATTAN
Assistant United States Attorney
Texas State Bar No. 16581050
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the defendant via electronic filing on this 3rd day of October, 2023.

/s/ _____
HEATHER RATTAN