**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21-CR-253 |
| | § | Judge Mazzant |
| KINGSLEY ITA (1) | § | |

## FACTUAL BASIS

The defendant, **KINGSLEY ITA**, hereby stipulates and agrees that at all times relevant to the First Superseding Indictment herein, the following facts were true:

1. The defendant, **Kingsley Ita**, who is entering a plea of guilty, is the same person charged in the First Superseding Indictment.

2. The events and conduct described in the First Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3. **Kingsley Ita** and the co-conspirators listed in the First Superseding Indictment knowingly, willfully and acting with specific intent to defraud, agreed to commit Wire Fraud in violation of 18 U.S.C. § 1349, that is, to devise a scheme to defraud and obtain money from victims using materially false and fraudulent pretenses, representations, and promises.

4. **Kingsley Ita** and the co-conspirators transmitted or caused to be transmitted by way of wire communication in interstate or foreign commerce writings for the purpose of executing the scheme.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Statement of Facts and the First Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Statement of Facts and agree without reservation that it accurately describes the events and my acts.

Dated: 29TH September

_____
KINGSLEY ITA
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Statement of Facts and the First Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Statement of Facts and the First Superseding Indictment.

Dated: 9/29/23

_____
DOUGLAS SCHOPMEYER
Attorney for the Defendant

Factual Basis
Page 2 of 2