# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | |
| SEGUN ADEOYE (13) | § | CASE NUMBER 4:21CR253 |

## JUDGMENT OF ACQUITTAL

On March 15, 2024, Defendant was found not guilty by the jury as to Counts 1 and 2 Second Superseding Indictment filed on October 11, 2023.

IT IS ORDERED that the Defendant Segun Adeoye is acquitted, discharged, and any bond exonerated, as to any and all remaining counts in the underlying Indictment and Superseding Indictments on file in this case.

IT IS SO ORDERED.

**SIGNED this 15th day of March, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE