```
 1                    UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF TEXAS
 2                          SHERMAN DIVISION

 3     UNITED STATES OF AMERICA        | DOCKET 4:21-CR-253
                                       |
 4                                     | OCTOBER 3, 2023
       VS.                             |
 5                                     | 10:20 A.M.
                                       |
 6     MATHEW OKPU AND PETER UDE       | PLANO, TEXAS

 7     -----------------------------------------------------------

 8              VOLUME 1 OF 1, PAGES 1 THROUGH 19

 9          REPORTER'S TRANSCRIPT OF CHANGE OF PLEA HEARING

10           BEFORE THE HONORABLE KIMBERLY PRIEST JOHNSON,
                    UNITED STATES MAGISTRATE JUDGE
11
       -----------------------------------------------------------
12

13   APPEARANCES:

14   FOR THE GOVERNMENT:       JAY R. COMBS
                               U.S. ATTORNEY'S OFFICE - PLANO
15                             101 E. PARK BOULEVARD, SUITE 500
                               PLANO, TX 75074
16

17
     FOR THE DEFENDANT MATHEW OKPU:
18                             C.A. (TIM) MENCHU
                               LAW OFFICE OF TIM MENCHU
19                             2603 OAK LAWN AVENUE, SUITE 200
                               DALLAS, TX 75219
20

21
     COURT REPORTER:           CHRISTINA L. BICKHAM, CRR, RDR
22                             FEDERAL OFFICIAL REPORTER
                               101 EAST PECAN
23                             SHERMAN, TX 75090

24

25         PROCEEDINGS RECORDED USING DIGITAL AUDIO;
       TRANSCRIPT PRODUCED VIA COMPUTER-AIDED TRANSCRIPTION.
```

1  FOR THE DEFENDANT PETER UDE:
2                                TIMOTHY EDWARD BROWN
                                 OLDS & BROWN
3                                220 WEST CHERRY STREET
                                 SHERMAN, TX 75090

```
 1              (Open court, Defendants present.)
 2              THE COURT:  Court calls Case Number 4:21-cr-253,
 3   United States versus Mathew Okpu, and 4:21-cr-253, United
 4   States versus Peter Ude.
 5              MR. COMBS:  Jay Combs for the United States, your
 6   Honor.  The Government is ready.
 7              MR. MENCHU:  Good morning, your Honor.  Tim Menchu
 8   for Mr. Okpu.
 9              THE COURT:  Good morning.
10              MR BROWN:  Timothy Brown for Mr. Ude.
11              THE COURT:  Sirs, please raise your right hand to
12   be sworn.
13              (The oath is administered to the Defendants.)
14              THE COURT:  We're here today, sirs, for your
15   change of plea hearing.  Please state your full name and
16   age for the record.
17              DEFENDANT OKPU:  My name is Mathew Okpu.  I'm 59
18   years old.
19              DEFENDANT UDE:  Peter Ude, 62 years old.
20              THE COURT:  What is the last grade of school that
21   you've completed?
22              DEFENDANT OKPU:  Master's in business
23   administration.
24              DEFENDANT UDE:  MBA.
25              THE COURT:  Have you ever been diagnosed with any
```

1  mental illness or problem?
2          DEFENDANT OKPU:  No.
3          DEFENDANT UDE:  No.
4          THE COURT:  Are you currently under the influence
5  of any drug or alcohol?
6          DEFENDANT OKPU:  No.
7          DEFENDANT UDE:  No.
8          THE COURT:  Counsel, do you believe that your
9  client is competent to proceed here today?
10         UNIDENTIFIED SPEAKER:  I do.
11         THE COURT:  Sir, each of you have the right to
12 have your plea taken by the District Judge that's assigned
13 to your case, or you can have me, a United States
14 Magistrate Judge, take your plea and make a recommendation
15 to the District Court.
16         Do you understand that you have this right?
17         DEFENDANT OKPU:  Yes, ma'am.
18         DEFENDANT UDE:  Yes.
19         THE COURT:  I've received a signed Waiver and
20 Consent form to proceed before me with your entry of guilty
21 plea.  Can you confirm for the record that you signed that
22 document?
23         DEFENDANT OKPU:  Yes, ma'am.
24         DEFENDANT UDE:  Yes, I did.
25         THE COURT:  Did you review the document with your

1  attorney before you signed it?
2           DEFENDANT OKPU:  Yes, ma'am.
3           DEFENDANT UDE:  Yes.
4           THE COURT:  I find the Waiver and Consent has been
5  knowingly and voluntarily given.
6           Each of you have been charged with violations of
7  federal criminal law in a First Superseding Indictment.
8  Have you received a copy of that Indictment?
9           DEFENDANT OKPU:  Yes, ma'am.
10          DEFENDANT UDE:  Yes.
11          THE COURT:  You do have the right to have this
12 Indictment read aloud at this time, or you may waive that
13 right.  What would you like to do?
14          DEFENDANT OKPU:  I waive the right.
15          DEFENDANT UDE:  Waive it.
16          THE COURT:  Do you understand the nature of the
17 charges that are alleged against you?
18          DEFENDANT OKPU:  Yes, ma'am.
19          DEFENDANT UDE:  Yes.
20          THE COURT:  Have you had sufficient time to review
21 and discuss your case with your attorney?
22          DEFENDANT OKPU:  Yes, ma'am.
23          DEFENDANT UDE:  Yes.
24          THE COURT:  Are you satisfied with the advice and
25 representation that you've been given?

1      DEFENDANT OKPU:  Yes, ma'am.
2      DEFENDANT UDE:  Yes.
3      THE COURT:  At this time I will ask the Assistant
4 United States Attorney to advise you of the elements of the
5 offense that you're pleading guilty to.  These are the
6 elements that the Government would be required to prove
7 beyond a reasonable doubt to establish your guilt if you
8 were to go to trial.
9      Mr. Combs.
10     MR. COMBS:  Thank you, your Honor.
11     You're each charged and are pleading guilty to
12 Count 1 of the First Superseding Indictment.  That's a
13 violation of 18 United States Code, Section 1349,
14 conspiracy to commit wire fraud.
15     The essential elements which must be proved beyond
16 a reasonable doubt in order to establish a violation of
17 that section are:
18     First, that you and one or more persons agreed to
19 commit wire fraud;
20     Second, that you knew the unlawful purpose of the
21 agreement;
22     Third, that you joined in the agreement with the
23 intent to further that unlawful purpose.
24     The elements of wire fraud under 18 United States
25 Code, Section 1343, as follows:

```
 1              Number 1, that you knowingly devised or intended
 2  to devise any scheme to defraud, that is, the scheme to
 3  defraud described in the First Superseding Indictment;
 4              Second, that the scheme to defraud employed false
 5  material representations or false material pretenses or
 6  false material promises;
 7              Third, that the Defendant transmitted or caused to
 8  be transmitted by way of wire communications, in interstate
 9  commerce, any writing or sign or signal for the purpose of
10  executing such scheme; and,
11              Fourth, that the Defendant acted with a specific
12  intent to defraud.
13              THE COURT:  Thank you.
14              Do each of you understand the elements set forth?
15              DEFENDANT OKPU:  Yes, ma'am.
16              DEFENDANT UDE:  Yes, ma'am.
17              THE COURT:  Do you admit that you committed each
18  one of those elements?
19              DEFENDANT OKPU:  Yes, ma'am.
20              DEFENDANT UDE:  Yes, ma'am.
21              THE COURT:  I've received plea documents from each
22  of you consisting of a Plea Agreement, a Plea Agreement
23  Addendum, and a Factual Basis.  Can you confirm for the
24  record you've signed each one of your plea documents?
25              DEFENDANT OKPU:  Yes, ma'am, I did.
```

1         DEFENDANT UDE:  Yes, ma'am.
2         THE COURT:  Did you review each one of those plea
3    documents with your attorney before signing them?
4         DEFENDANT OKPU:  Yes, ma'am.
5         DEFENDANT UDE:  Yes.
6         THE COURT:  At this time I will review some of the
7    paragraphs that are contained in your Plea Agreement,
8    starting with paragraph 1 entitled "Rights of the
9    Defendant."
10            This paragraph lists constitutional rights that
11   you have:  to plead not guilty, to have a trial by a jury,
12   to have your guilt proved beyond a reasonable doubt, to
13   confront and cross-examine witnesses and call witnesses in
14   your defense, and to not be compelled to testify against
15   yourself.
16            Do you understand that you have these
17   constitutional rights?
18        DEFENDANT OKPU:  Yes, ma'am.
19        DEFENDANT UDE:  Yes.
20        THE COURT:  Paragraph 2 states that if you plead
21   guilty in this case, you will waive those constitutional
22   rights.  Do you understand that?
23        DEFENDANT OKPU:  Yes, ma'am.
24        DEFENDANT UDE:  Yes.
25        THE COURT:  Paragraph 3 lists the statutory

 1  penalties that can be imposed in your case.  They are as
 2  follows:  Imprisonment for a period of not more than
 3  20 years, a fine not to exceed $250,000, a term of
 4  supervised release of not more than three years, and a
 5  mandatory special assessment of $100.
 6              Do you understand that those are the statutory
 7  penalties that can be imposed in this case?
 8              DEFENDANT OKPU:  Yes, ma'am.
 9              DEFENDANT UDE:  (Inaudible response.)
10              THE COURT:  Paragraph 4 discusses the United
11  States Sentencing Guidelines.  Have you had an opportunity
12  to review the applicable guideline provisions and range in
13  your case with your attorney?
14              DEFENDANT OKPU:  Yes, ma'am.
15              DEFENDANT UDE:  Yes, ma'am.
16              THE COURT:  Do you understand that while the Court
17  will refer to those guidelines in determining your
18  sentence, the Court is not bound by the guidelines?
19              DEFENDANT OKPU:  Yes, ma'am.
20              DEFENDANT UDE:  Yes, ma'am.
21              THE COURT:  Paragraph 5, entitled "Guideline
22  Stipulations," lists certain guideline provisions that you
23  and the Government agree should apply in your case.  Do you
24  understand that the Court is not bound by these
25  stipulations?

```
 1                DEFENDANT OKPU:  Yes, ma'am.
 2                DEFENDANT UDE:  Yes, ma'am.
 3                THE COURT:  So in determining your sentence, if
 4   the Court applies a different guideline provision than
 5   what's agreed upon in this paragraph, do you understand
 6   that you would still be bound by this Plea Agreement?
 7                DEFENDANT OKPU:  Yes, ma'am.
 8                DEFENDANT UDE:  Yes, ma'am.
 9                THE COURT:  Paragraph 8, entitled "Forfeiture,"
10   for Mr. Okpu only, states that you are agreeing to forfeit
11   to the United States your right, title, and interest to any
12   property that was involved in the offense to which you are
13   pleading guilty.  There is no specific property that's
14   identified here.
15           Are you, in fact, agreeing to forfeit any such
16   property to the Government?
17                DEFENDANT OKPU:  Yes, ma'am.
18                THE COURT:  Paragraph 12 for Mr. Okpu and 10 for
19   Mr. Ude, entitled "Voluntary Plea," states that your plea
20   of guilty is freely and voluntarily made.
21           Has anyone tried to force you or threaten you to
22   plead guilty in this case?
23                DEFENDANT OKPU:  No, ma'am.
24                DEFENDANT UDE:  No.
25                THE COURT:  Other than this written Plea
```

1  Agreement, have any promises or assurances been made to you
2  to try to get you to plead guilty?
3          DEFENDANT OKPU:  No.
4          DEFENDANT UDE:  No.
5          THE COURT:  The next paragraph, waiver of right to
6  appeal or otherwise challenge your sentence, states that
7  you are agreeing to give up your appellate rights in this
8  case with the exception of two limited circumstances.  One
9  of those circumstances is your right to appeal or seek
10 collateral review for a claim of ineffective assistance of
11 counsel.  The other is your right to appeal any sentence
12 that exceeds the statutory maximum.
13         Are you, in fact, agreeing to give up your
14 appellate rights in this case with the exception of those
15 two circumstances?
16         DEFENDANT OKPU:  Yes, ma'am.
17         DEFENDANT UDE:  Yes, ma'am.
18         THE COURT:  Each of you have an "Immigration
19 Status Consequences" paragraph in your Plea Agreement.
20         Are you a citizen of the United States?
21         DEFENDANT OKPU:  I am.
22         DEFENDANT UDE:  I'm not.
23         THE COURT:  Okay.  So, Mr. Okpu, disregard the
24 "Immigration Status Consequences" paragraph.  It's
25 paragraph 9 for you.

1      Mr. Ude, do you understand that if you plead
2 guilty in this case, in addition to the sentence that's
3 imposed, after you've served that sentence you will likely
4 be deported?
5      DEFENDANT UDE:  I do.
6      THE COURT:  Do you also understand that if you
7 plead guilty in this case, you will likely not be able to
8 become a citizen of the United States?
9      DEFENDANT UDE:  I do.
10     THE COURT:  Mr. Okpu, have you ever been convicted
11 of a felony before?
12     DEFENDANT OKPU:  No, ma'am.
13     THE COURT:  Do you understand that as a citizen of
14 the United States, if you plead guilty in this case, you
15 will lose certain rights that you now have as a citizen, to
16 serve on a jury, to vote, and to possess a firearm?
17     DEFENDANT OKPU:  Yes, ma'am.
18     THE COURT:  At this time we'll review the
19 underlying Factual Basis.
20     Mr. Combs, if you could please summarize that.
21     MR. COMBS:  Yes, your Honor.
22     And, your Honor, I may have missed it, but the
23 Court reviewed the forfeiture provisions with Mr. Okpu but
24 not with Mr. Ude.
25     THE COURT:  I did not see a forfeiture paragraph

1  for Mr. Ude.
2          MR. COMBS:  I think it's a little out of place.
3  It's on page 5, your Honor -- starts on page 5 and goes to
4  page 6.  It's kind of in an unusual spot.
5          THE COURT:  Well, I might be missing a page.  I
6  don't have it.
7          MR. COMBS:  Okay.
8          THE COURT:  So, let me see, 8, 9, 10, 11, 12 --
9          MR. BROWN:  Your Honor, may I ask a question?
10         THE COURT:  Yes.
11         MR. BROWN:  We had submitted a previous set of
12  plea paperwork, and there was a second set.  In
13  paragraph 5, do you have only an A and B?
14         THE COURT:  Yes.
15         MR. BROWN:  Okay.
16         THE COURT:  Is that the old one or the new one?
17         MR. BROWN:  That's the new one.
18         THE COURT:  Yeah.  I don't have a forfeiture
19  provision.
20         MR. COMBS:  I think the Court has an old copy,
21  some --
22         THE COURT:  It would be helpful if I had the right
23  copy.
24         MR. COMBS:  Sorry, your Honor.
25         THE COURT:  Is this the correct one?  Okay.  Let

```
 1  me make sure --
 2            (Inaudible speaker.)
 3            THE COURT:  Do what?
 4            (Inaudible speaker.)
 5            THE COURT:  Okay.  Let me just make sure that I've
 6  gone through everything correctly, then.
 7            All right.  Everything else looks the same for
 8  Mr. Ude other than maybe an incorrect paragraph number.
 9  But, Mr. Ude, I do see that in this draft there is a
10  forfeiture provision that's applicable to you as well, so
11  let me make sure you understand.
12            The forfeiture provision states that you are
13  agreeing to forfeit to the United States the property
14  that's specifically set forth in subparagraphs A through E,
15  which is $50 in UAE Dirham; $9,830 in Nigerian Naira;
16  $2,291.40 seized from a Bank of America account; $1,121.42
17  seized from a different Bank of America account; and
18  $270.25 in United States currency seized from you.
19            Are you agreeing to forfeit those assets to the
20  Government?
21            DEFENDANT UDE:  Yes, ma'am.
22            THE COURT:  All right.
23            Now, Mr. Combs, if you'd like to summarize the
24  Factual Basis.
25            MR. COMBS:  Yes, your Honor.
```

1          So you each have signed a Factual Basis.  They are
2    in all respects the same aside from your name.
3          So the Factual Basis states that each of you
4    hereby stipulate and agree that at all times relevant to
5    the First Superseding Indictment herein, the following
6    facts were true:
7          First, that the Defendant, Mathew Okpu and Peter
8    Ude, who is signing the plea of guilty, is the same person
9    charged in the First Superseding Indictment.
10         Second, you've agreed that the conduct described
11   in the First Superseding Indictment occurred in the Eastern
12   District of Texas and elsewhere.
13         Third, Mathew Okpu, Peter Ude, and the
14   co-conspirators listed in the First Superseding Indictment
15   knowingly, willfully, and acting with specific intent to
16   defraud, agreed to commit wire fraud in violation of
17   18 United States Code, Section 1349, that is, to devise a
18   scheme to defraud and obtain money from victims using
19   materially false and fraudulent pretenses, representations,
20   and promises.
21         And, finally, fourth, Mathew Okpu and Peter Ude
22   and the co-conspirators transmitted or caused to be
23   transmitted by way of wire communication, in interstate or
24   foreign commerce, writings for the purpose of executing the
25   scheme.

1             THE COURT:  Thank you.
2             Mr. Combs, assuming I'm looking at the correct
3    Factual Basis for Mr. Ude, these specific points that are
4    listed under paragraph 4, is that also applicable to
5    Mr. Okpu?
6             MR. COMBS:  Yes, your Honor.  They both look
7    identical in the ones I've got, that I have.
8             THE COURT:  Okay.  Mine are not.
9             MR. COMBS:  Oh.
10            Okay.  Looks like Mr. Okpu is correct.
11            The two I have appear to be identical.
12            THE COURT:  Okay.  Mine are not.
13            MR. COMBS:  Okay.
14            THE COURT:  So can I see what you're looking at?
15   I need to make sure I've got the correct version.
16            MR. COMBS:  Mr. Ude's.
17            THE COURT:  Yes.  This is different.
18            Okay.  Maria, you can hand this back to him.
19            All right.  Mr. Okpu and Mr. Ude, is everything in
20   your Factual Basis true and correct?
21            DEFENDANT OKPU:  Yes, ma'am.
22            THE COURT:  Mr. Ude?
23            DEFENDANT UDE:  Yes, ma'am.
24            THE COURT:  Are there any changes that you'd like
25   to make to it at this time?

```
 1              DEFENDANT OKPU:  No, ma'am.
 2              DEFENDANT UDE:  No, ma'am.
 3              THE COURT:  In your own words, please summarize
 4   the criminal conduct that you are pleading guilty to.
 5              DEFENDANT OKPU:  I obtained money through fraud,
 6   and the money was wired into my account.
 7              DEFENDANT UDE:  I received the fraudulent money in
 8   my account.
 9              THE COURT:  And then did you wire at least some of
10   that money to other accounts, including to foreign bank
11   accounts?
12              DEFENDANT OKPU:  No.
13              THE COURT:  You did not?
14              DEFENDANT OKPU:  No.
15              DEFENDANT UDE:  I did.
16              THE COURT:  Okay.  Are Counsel satisfied there is
17   a Factual Basis to support this plea?
18              MR. COMBS:  Yes, your Honor.
19              MR. MENCHU:  Yes, your Honor.
20              MR BROWN:  Yes, your Honor.
21              THE COURT:  Defense Counsel, have you had
22   sufficient time to review and discuss the case with your
23   client?
24              MR. MENCHU:  Yes, your Honor.
25              MR BROWN:  Yes, your Honor.
```

```
 1              THE COURT:  Do you join in your client's decision
 2   to plead guilty?
 3              MR. MENCHU:  I do.
 4              MR BROWN:  Yes, your Honor.
 5              THE COURT:  At this time, sirs, I will ask you how
 6   you plead to Count 1 of the First Superseding Indictment
 7   charging a violation of 18 United States Code 1349,
 8   conspiracy to commit wire fraud, guilty or not guilty?
 9              DEFENDANT OKPU:  Guilty.
10              DEFENDANT UDE:  Guilty.
11              THE COURT:  I will accept your plea of guilty to
12   Count 1.
13              The Court finds that both of you are competent to
14   plead here, you've had assistance of counsel, you
15   understand your trial rights and the nature of the charges
16   alleged against you, you understand the statutory penalties
17   that can be imposed in your case.  And while the Court will
18   refer to the sentencing guidelines in determining your
19   sentence, those guidelines are not binding on the Court.  I
20   do find that your plea is knowing and voluntary.  There is
21   a Factual Basis to support your plea.
22              I will make a recommendation that the District
23   Court accept your plea of guilty.  You have 14 days to make
24   an objection to that recommendation.
25              Anything further from Counsel?
```

1        MR. COMBS:  No, your Honor.

2        MR. MENCHU:  No, your Honor.

3        MR BROWN:  No, your Honor.

4        THE COURT:  We'll stand adjourned.

5        (Proceedings concluded, 10:37 a.m.)

6   COURT REPORTER'S CERTIFICATION

7        I, court-approved transcriber, hereby certify on

8   this date, August 20, 2024, that the foregoing is a correct

9   transcript from the official electronic sound recording of

10  the proceedings in the above-entitled matter.

                    /s/
12                  CHRISTINA L. BICKHAM, CRR, RDR